IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| NICK GLENN KEEVER, | : |
| Petitioner | : |
| VS. | : |
| | : CIVIL ACTION NO: 5:12-CV-151(HL) |
| STATE OF GEORGIA, | : |
| Respondent | : |

**ORDER**

Petitioner **NICK GLENN KEEVER** filed a petition for writ of habeas corpus under 28 U.S.C. §2254 in the United States District Court for the Northern District of Georgia. Because he challenged his Washington County conviction, the action was transferred to the United States District Court for the Middle District of Georgia.

On June 4, 2012, this Court ordered Petitioner to either pay the required filing fee or submit an application to proceed *in forma pauperis*. Petitioner did not respond to this Order. Therefore, on August 2, 2012, the Court ordered Petitioner to show cause why his case should not be dismissed for failure to respond to the June 4, 2012 Order. Petitioner still has not responded.

Because of Petitioner's failure to comply with the Court's instructions, his claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 20th day of August, 2012.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT COURT

lnb